**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jonathan David HART, Defendant–**
**Appellant.**

**No. 14–10278**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 16, 2014.

Linda Julin McNamara, Arthur Lee Bentley, III, Bonnie Ames Glober, Jay Carl Taylor, U.S. Attorney's Office, Jacksonville, FL, I. Randall Gold, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Valarie Linnen, Valarie Linnen, Esq, Atlantic Beach, FL, for Defendant–Appellant.

Jonathan David Hart Coleman, FL, pro se.

Before WILSON, JORDAN and ROSENBAUM, Circuit Judges.

942

**PER CURIAM:**

Valarie Linnen, appointed counsel for Jonathan David Hart in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hart's convictions and sentences are **AFFIRMED.**